UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | |
| TRU TOWING AUTO | ) ) | |
| Defendant. | ) ) | |

**ORIGINAL COMPLAINT**

This is an action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), to remedy a breach of, and compel specific performance of, a Mediation Settlement Agreement ("Agreement") between the Equal Employment Opportunity Commission ("EEOC"" or "Commission") and TRU Towing Auto ("TRU Towing" "Defendant" or "Respondent") and Devora Hampton, ("Charging Party" or "Hampton") arising out of a charge of discrimination filed by Hampton. The written Agreement was signed by all parties and provided that TRU Towing would make a monetary payment of FIFTY-FIVE HUNDRED DOLLARS ($5, 500) in two installments to Hampton. The first installment was due on February 14, 2018, and the second was due on March 7, 2018. TRU Towing has failed to comply with the terms of the Agreement and has not paid Hampton the $5,500 agreed to by the parties. TRU Towing has breached the Agreement by nonpayment. The EEOC seeks to enforce the terms of the Agreement and requests the Court to order TRU Towing to comply with the terms of the Agreement.

1

## JURISDICTION AND VENUE

1.

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.

2.

Venue is proper in this court because the contractual Agreement and its subsequent breach, as described below, occurred within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

## PARTIES

3.

Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII.

4.

At all relevant time, Defendant TRU Towing has continuously been and is now doing business in the State of Louisiana, and the City of New Orleans, and has continuously had at least 15 employees. TRU Towing may be served by serving its registered agent for service of process, Brian J. Ballard at 10337 Brookfield Drive, New Orleans, Louisiana, 70127.

5.

At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e (g) and (h).

## STATEMENT OF CLAIMS

6.

All conditions precedent to the institution of this lawsuit have been fulfilled.

7.

More than thirty (30) days prior to the institution of this lawsuit, Devora Hampton filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant. The Commission's representatives attempted to eliminate the unlawful employment practices alleged in the charge and to effect voluntary compliance with Title VII through informal methods of conciliation, conference and persuasion. The Commission's mediation program is one method by which it carried out this responsibility. The Commission's efforts in this regard resulted in a Mediation Agreement executed by TRU Towing, the Charging Party and the Commission.

8.

The Commission offers employers and charging parties the opportunity to participate in mediation with Commission mediators in an effort to resolve charges of discrimination prior to full investigation of the allegations contained in the charge. Participation in the Commission's mediation program is voluntary.

9.

Hampton's charge of discrimination alleged TRU Towing discharged her because of her sex (pregnancy) in violation of Title VII. The Commission invited both Hampton and TRU Towing to participate in its voluntary mediation program as a method for resolving the charge of discrimination prior to the Commission's investigation of the charge allegations. TRU Towing and Hampton both agreed to participate in the mediation of Hampton's charge.

10.

The Commission set the mediation for January 31, 2018, to be conducted by an EEOC contract mediator. Both parties agreed to appear on this date for the mediation. Brian Ballad (owner) appeared for TRU Towing and Charging Party, Devora Hampton, appeared on her own behalf.

11.

At the conclusion of the mediation, a document entitled Mediation Settlement Agreement ("Agreement") containing the terms of settlement of Ms. Hampton's charge was executed by Mr. Ballard, on behalf of TRU Towing, and Ms. Hampton.

12.

The Mediation Agreement provided that TRU Towing would pay Charging Party $5,500, less legal deductions, within two installments. The first installment of $2,250 was due February 14, 2018; the second payment was due March 7, 2018.

13.

The Agreement was signed by Charging Party and Mr. Ballard on behalf of TRU Towing.

14.

A fully executed copy of the Mediation Settlement Agreement was sent to Mr. Ballard.

15.

Shortly after TRU Towing failed to make the first payment in February 2018, Charging Party contacted the ADR Program Assistant in the EEOC's New Orleans Field Office to notify

EEOC of the nonpayment. The Commission's ADR Representative attempted to contact TRU Towing on several occasions to find out why the payment was not made to no avail.

17.

The second installment was due on March 7, 2018. When TRU Towing failed to make any payment by March 7, 2018, the EEOC ADR Coordinator in the Houston District Office, was contacted to follow up with TRU Towing regarding their breach of the Mediation Settlement Agreement.

18.

On March 9, 2018, The EEOC ADR Coordinator sent an email to TRU Towing owner Brian Ballard for an explanation regarding their breach of the Mediation Settlement Agreement. Mr. Ballard failed to respond.

19.

On March 28, 2018, the EEOC ADR Coordinator called Mr. Ballard's office to discuss the breach of the Agreement and Mr. Ballard's failure to address the concerns raised in her March 9, 2018 email. Mr. Ballard was not available and so the EEOC ADR Coordinator left a message. Mr. Ballard returned her call within twenty (20) minutes and informed the EEOC's ADR Coordinator that he was not going to pay any of the settlement monies.

20.

As of the date of the filing of this action, TRU Towing has not paid the monetary sums owed to Ms. Hampton nor has it attempted to make any offer to fulfill its obligation pursuant to the terms of the Mediation Settlement Agreement. TRU Towing's failure to pay its outstanding

debt to Charging Party is a breach of the Mediation Settlement Agreement for which the Commission seeks immediate specific performance and enforcement of all of the terms of the Agreement.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Enter judgment ordering TRU Towing to perform all of its obligations under the terms stated in the Mediation Settlement Agreement;

B. Order, as a part of the judgment, that TRU Towing make Charging Party whole by ordering TRU Towing to pay Devora Hampton, $5,500 within three days of its entry;

C. Order, as a part of the judgment that TRU Towing comply with all of the non-monetary terms included in the Mediation Settlement Agreement;

D. Award pre-judgment and post-judgment interest on all amounts recovered as allowed by law;

E. Award the Commission its costs of this action; and,

F. Grant such other and further relief as the Court deems necessary and proper,

Respectfully submitted,

**JAMES L. LEE**
Deputy General Counsel
No Bar Roll Number Assigned
**GWENDOLYN YOUNG REAMS**
Associate General Counsel
No Bar Roll Number Assigned

**RUDY SUSTAITA**
Regional Attorney

Equal Employment Opportunity Commission
Houston District Office
1201 Louisiana Street, 6th Floor
Houston, Texas, 77002
Direct Line: (713) 651-4970
Email: rudy.sustaita@eeoc.gov

**GREGORY T. JUGE**
Supervisory Trial Attorney
La. Bar Roll No. 20890
Direct Line: (504) 595-2877
Email: gregory.juge@eeoc.gov

/s/Michelle T. Butler
**MICHELLE T. BUTLER (T.A.)**
Senior Trial Attorney
La. Bar Roll No. 01286
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA  70130
Telephone:     (504) 595-2872 (Butler) (TA)
Fax:              (504) 595-2886
Email: michelle.butler@eeoc.gov
**COUNSEL FOR PLAINTIFF, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

7